IN THE CIRCUIT COURT OF THE
4TH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO:

GENERAL JURISDICTION DIVISION

16- 2009-CA- 0 1 1 8 5 8   -XXXX-MA

LYNETTE JACKSON,

    Plaintiff,

vs.

GATE PETROLEUM COMPANY,
d/b/a GATE FOOD POST, a
Florida corporation,

    Defendant.

DIVISION CV-G

3:09-cv-1119-J-34 JRH

## COMPLAINT

COMES NOW, the Plaintiff, LYNETTE JACKSON, by and through her undersigned counsel, and sues the Defendant, GATE PETROLEUM COMPANY, d/b/a GATE FOOD POST, and alleges:

1. That this is a cause of action for compensatory damages in an amount greater than $15,000, exclusive of costs and attorneys fees and is within the jurisdictional limits of this court.

2. At all times material hereto, the Plaintiff, LYNETTE JACKSON, (hereinafter referred to as "Plaintiff") is a resident of Clarksville, Tennessee and is sui juris.

3. At all times material hereto, the Defendant, GATE PETROLEUM COMPANY, d/b/a GATE FOOD MART, (hereinafter referred to as "Defendant") was a corporation authorized to and in fact, doing business in Jacksonville, Duval County, Florida.

4. On July 31, 2005, Defendant operated, maintained, controlled and/or was in possession of the property located at 7211 Merrill Road, Jacksonville, Duval County, Florida (hereinafter known as the "premises"), that was used as a place of business.

5. On July 31, 2005, the Plaintiff went onto the premises for the purpose of transacting business as a business invitee. The Plaintiff had made a purchase at the Food Mart and while on the premises tripped over a tree stump hidden in the grass.

## COUNT I - NEGLIGENCE

The Plaintiff, LYNETTE JACKSON, adopts and realleges Paragraphs 1 through 5 as if fully incorporated herein.

6. At that time and place, the Defendant negligently maintained, controlled, repaired, and/or operated the premises by allowing a dangerous and unduly hazardous condition to exist on the ground of the premises, to wit: a hidden tree stump in the grass, causing Plaintiff to trip and fall and sustain serious and permanent injuries.

7. The negligent and dangerous condition was either caused or created by the Defendant, was known to the Defendant, or had existed for a sufficient length of time so that the Defendant should reasonably have known of it.

8. Defendant owed the Plaintiff the following duties:

a) Reasonable care for the safety of its customers;

b) To inspect the premises to insure the safety of its customers;

c) To maintain the premises in a safe condition; and

d) To warn of the negligent and dangerous condition which was known to the Defendant or should have reasonably been known to the Defendant for it

existed for a sufficient length of time.

9. The Defendant breached the above duties owed to the Plaintiff.

10. As a result, the Plaintiff was injured in and about her body and extremities, suffered pain, mental anguish and loss of capacity for the enjoyment of life therefrom, incurred the expense of hospitalization, medical and nursing care in the treatment of her injuries, suffered physical handicap, and permanent injury within a reasonable degree of medical probability, loss of significant bodily function, and aggravation of a previously existing condition. The injuries and losses are either permanent or continuing in nature and the Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, the Plaintiff, LYNETTE JACKSON, prays that this Honorable Court enter judgment for compensatory damages against the Defendant, GATE PETROLEUM COMPANY, d/b/a GATE FOOD MART, together with costs and such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury on all issues so triable as of right.

Dated this _____ day of April, 2009.

                                        Lynette Jackson
                                        202 Tobacco Road
                                        Clarksville, TN 37042

                                        _____
                                        Lynette Jackson, Pro Se